IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MELVIN WILLMS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-11-CV-2958-M |
| | § | |
| UNITED STATES OF AMERICA, ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. In response, on January 12, 2012, Plaintiff filed an eighteen page unauthenticated document that might be Plaintiff's demand letter that is the subject of the Findings. The District Court has made a *de novo* review of the proposed Findings, Conclusions and Recommendation. Even if the demand letter is assumed to be authentic, the Findings, Conclusions and Recommendation are otherwise correct. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's request for a new and separate set of Findings and Conclusions is DENIED.

SO ORDERED this 17th day of February, 2012.

*[signature]*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS